In the Matter of the Probate of the Will of SOPHIE K. BLANKEMEYER, Deceased.

ANNA HABERLE et al., Appellants; CASPAR J. BLANKEMEYER et al., Respondents.

*Matter of Blankemeyer (Will)*, 184 App. Div. 957, affirmed.
(Argued April 9, 1919; decided April 29, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 21, 1918, which unanimously affirmed a decree of the Queens County Surrogate's Court admitting to probate and construing the will of Sophie K. Blankemeyer, deceased. The testatrix and

one Gustav Blankemeyer made wills by which each devised and bequeathed to the other all of their property. Gustav Blankemeyer predeceased the testatrix. His next of kin claimed that they succeeded to his rights under the will of the testatrix. The surrogate held that by his prior death the legacy to him, contained in the will of the testatrix, lapsed.

*Abner C. Surpless* for appellants.

*Francis B. Wood* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.